1  CRAIG B. GARNER (CA SBN 177971)
2  GARNER HEALTH LAW CORPORATION
   13274 Fiji Way, Suite 250
3  Marina Del Rey, CA 90292
4  Telephone: (310) 458-1560
   Facsimile: (310) 694-9025
5  Email: craig@garnerhealth.com

6
7  ROCHELLE J. BIOTEAU, ESQ. (CA SBN 228348)
   SQUIRES, SHERMAN & BIOTEAU, LLP
8  1901 1ST Ave., Suite 415
   San Diego, CA 92101
9  Tel. (619) 696-8854
10 Fax (619) 696-8190
   Email: Rochelle@ssbllp.com
11
12 Attorneys for PLAINTIFF ABC SERVICES GROUP, INC., in its capacity as assignee for the benefit of creditors of MORNINGSIDE RECOVERY, LLC

13

14                    UNITED STATES DISTRICT COURT

15                    CENTRAL DISTRICT OF CALIFORNIA

16                           SOUTHERN DIVISION

17

| ABC SERVICES GROUP, INC., a Delaware corporation, in its capacity as assignee for the benefit of creditors of MORNINGSIDE RECOVERY, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CIGNA HEALTHCARE OF CALIFORNIA, INC., *et al.*,<br><br>Defendants. | Case No.  8:19-cv-02125<br><br>(to be related to: 8:19-cv-00243-DOC-DFM and 8:19-cv-01342-DOC-DFM)<br><br>**NOTICE OF RELATED CASES**<br><br>**[Local Rule 83-1.3]** |
|---|---|

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

In accordance with Local Rule 83.1.3, Plaintiff ABC SERVICES GROUP, INC. ("Plaintiff"), in its capacity as assignee for the benefit of creditors of MORNINGSIDE RECOVERY, LLC ("Morningside"), files the instant Notice of Related Cases. The following cases call for a determination of the same questions of law and application of fact and may entail substantial duplication of labor for the judges assigned to each respective case.

1. *ABC SERVICES GROUP, INC., in its capacity as assignee for the benefit of creditors of MORNINGSIDE RECOVERY, LLC v. HEALTH NET OF CALIFORNIA, INC., et al.*, United States District Court for the Central District of California, Case No. 8:19-cv-00243-DOC-DFM (the "Health Net of California Case"). On October 18, 2019, the Hon. David O. Carter consolidated the Health Net of California Case with case numbers SA CV-19-0317-DOC (DFMx), SA CV-19-0530-DOC (DFMx), SA CV-0531-DOC (DFMx), SA CV-19-0677-DOC (DFMx), SA CV-19-0776-DOC (DFMx), SA CV-19-0777-DOC (DFMx), SA CV-19-0789-DOC (DFMx), SA-CV 19-0803-DOC (DFMx), SA CV-19-0804-DOC (DFMx), SA CV-19-1000-DOC (DFMx) and SA CV-19-1011-DOC (DFMx); and

2. The Health Net of California Case is already related to *HEALTH NET LIFE INSURANCE COMPANY v. ABC SERVICES GROUP, INC., in its capacity as assignee for the benefit of creditors of MORNINGSIDE RECOVERY, LLC, et al.*, United States District Court for the Central District of California, Case No. SA CV-19-CV-01342 (the "Health Net Life Insurance Case").

**I.     These Cases Are Related Because They Involve the Same Legal and Application of Factual Issues**.

The cases identified above all seek payment for mental health and substance use disorder treatment provided by Morningside to Defendants' insureds.

Defendants, despite providing Morningside with authorizations to treat Defendants' insureds, either refused to pay or underpaid on submitted claims (the "Claims"). ABC, as the assignee for the benefit of creditors of Morningside, seeks recovery for all recoverable Claims.

While these cases may vary according to certain items of evidence ─ the names of the insureds, the health insurance plan governing each named insured and the dates of service, the legal issues and the application of the evidence are almost identical as to these lawsuits.

**II.     Judicial Economy and Consistency Interests Are Served By the Cases Being Related**.

In light of the identical legal issues presented by the above-listed cases, Plaintiff submits that litigating these cases separately may create duplication of judicial labor and yield inconsistent rulings if heard by different judges. Accordingly, these are Related Cases for the purposes of Local Rule 83.1.3.

Respectfully Submitted,

Dated: November 5, 2019         GARNER HEALTH LAW CORPORATION

By:  /s/ Craig B. Garner
     CRAIG B. GARNER
     Attorneys for PLAINTIFF ABC SERVICES GROUP, INC., in its capacity as assignee for the benefit of creditors of MORNINGSIDE RECOVERY, LLC